UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEONARD WYATT ROWE, III,

        Plaintiff,

v.                          Case No. 8:15-cv-2158-T-33EAJ

THOMAS BARRY, ET AL.,

        Defendants.
_____/

**ORDER**

This matter is before the Court on consideration of the report and recommendation of Elizabeth A. Jenkins, United States Magistrate Judge, (Doc. # 22) filed on January 11, 2016, recommending that Plaintiff's construed amended motion to proceed *in forma pauperis* (Doc. # 10), be denied and further recommending that the action be dismissed for lack of personal jurisdiction. No objections have been filed, and the time for the submission of objections has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir.

1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See <u>Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge. The Court has independently reviewed the file and concurs with Judge Jenkins' observation that Plaintiff has not alleged any connection between the New Hampshire Defendants and Florida and has therefore failed to allege sufficient facts to support personal jurisdiction by this Court over the Defendants.  The Court determines that dismissal is warranted and notes that Plaintiff has been granted multiple opportunities to amend his Complaint, without success. (Doc. ## 1, 11, 18).

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. # 22) is **ACCEPTED** and **ADOPTED.**

(2) Plaintiff's construed amended motion for leave to proceed *in forma pauperis* (Doc. # 10) is **DENIED.**

(3) This case is dismissed because the Court lacks personal jurisdiction over the Defendants.

(4) The Clerk shall close the case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 29th day of January, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE